IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DONALD VOGAN                          :           CIVIL ACTION

                v.                    :

PENNCRO ASSOCIATES, INC.              :           NO.  07-4843


O R D E R

AND  NOW,  TO  WIT:  this 21st day of July, 2008, it having been reported that the

issues between the parties in the above action have been settled and upon Order of the Court

pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to

agreement of counsel without costs.


MICHAEL E. KUNZ, Clerk of Court


BY:   *s/Charles J. Ervin*
          Charles J. Ervin, Deputy Clerk